1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  JARED M. SECHRIST, ESQ.
   Nevada Bar No. 10439
3  **AKERMAN LLP**
   1635 Village Center Circle, Ste. 200
4  Las Vegas, Nevada 89134
   Telephone:  (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email: darren.brenner@akerman.com
6  Email: jared.sechrist@akerman.com

7  *Attorneys for Defendant Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ROBERT STEWART | Case No: 2:19-cv-00699-GMN-NJK |
|---|---|
| Plaintiff, | **BANK OF AMERICA, N.A.'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| BANK OF AMERICA | Complaint filed: March 14, 2019 |
| Defendant. | |

Pursuant to Local Civil rule 6-1(a), defendant Bank of America, N.A. (**BANA**), by and through its attorneys of record, hereby requests an extension through June 18, 2019, for BANA to respond to plaintiff's Complaint. In support, the parties state as follows:

### **RECITALS**

WHEREAS, plaintiff filed the Complaint on March 14, 2019 (Doc. 1-1);

WHEREAS, on April 24, 2019, BANA removed this matter to this Court, (Doc. 1);

WHEREAS, BANA needs additional time to investigate plaintiff's claims and to respond to the Complaint, and accordingly, requests a brief extension through June 18, 2019, in which to respond;

WHEREAS, the defendant also requests this brief extension to allow time for the parties to engage in settlement negotiations;

WHEREAS, defendant's counsel conferred with plaintiff requesting the extension and plaintiff consented;

…

…

49058961;1

WHEREAS, this request is made in good faith and not for purposes of delaying the ultimate resolution of this case, and the parties will not be prejudiced by this request for extension of time.

DATED this 3rd day of June, 2019.

**AKERMAN LLP**

*/s/ Jared M. Sechrist*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Defendant Bank of America, N.A.*

IT IS SO ORDERED.
Dated: June 4, 2019
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

49058961;1