# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT STEWART,

    Plaintiff(s),

v.

BANK OF AMERICA, N.A.,

    Defendant(s).

Case No.: 2:19-cv-00699-GMN-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than August 28, 2019, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: August 14, 2019

                                                Nancy J. Koppe
                                                United States Magistrate Judge