# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT STEWART,

    Plaintiff(s),

v.

BANK OF AMERICA, N.A.,

    Defendant(s).

Case No.: 2:19-cv-00699-APG-NJK

**SCHEDULING ORDER**

Pending before the Court is Plaintiff's filing entitled "JOINT DISCOVERY PLAN 1." Docket No. 24. Defense counsel has not signed that filing. Local Rule 26-1 requires, among other things, that the parties "submit a stipulated discovery plan and scheduling order." Accordingly, Plaintiff's filing (Docket No. 24) is **DENIED** and the parties are hereby **ORDERED** to file a joint proposed discovery plan no later than September 4, 2019.

IT IS SO ORDERED.

Dated: August 27, 2019

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge