Robert Stewart, III
10399 Gwynns Falls St.
Las Vegas, NV 89183
Telephone: 702-232-7543
Email: bob.stewart@cox.net

*Self-Represented (In Pro Per)*



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROBERT STEWART, III

Case no. 2:19-cv-00699-GMN-NJK

**ROBERT STEWART'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT**

Plaintiff
vs.

BANK OF AMERICA N.A.

Defendant

---

Pursuant to Local Civil rule 6.1 (a), the plaintiff, Robert Stewart, by record Self-Represented, hereby requests an extension through February 28, 2020, for Robert Stewart to respond to Bank of America, N.A.,'s motion for Summary Judgement. In support as follows:

### RECITALS

WHEREAS: Bank of America, N.A., has requested a motion for Summary of Judgement;

WHEREAS: Delivery by US mail to Robert Stewart was received February 1, 2020;

WHEREAS: Bank of America's attorneys have communicated by phone that the motion will be heard on February 16, 2020 or Monday, February 17, 2020;

WHEREAS: During Discovery, Bank of America's untimely response to request for Admissions delivered on the deadline date of January 13, 2020;

WHEREAS: The Discovery responses by Bank of America to all 25 Admissions questions received on January 13, 2020, were objections to each Admission;

1

WHEREAS: Bank of America's attorneys and Robert Stewart, self-represented, have briefly discussed settlement by phone, this request for a brief extension of time will allow parties to engage in said settlement negotiations.

WHEREAS: This request is made in good faith and not for the purpose of delaying the outcome of this case, it is also requested that the court's response to this first motion for extension be delivered electronically to myself. (bob.stewart@cox.net)

DATED this 3rd day of February 2020.

*(signature)*

Robert Stewart, III
10399 Gwynns Falls St.
Las Vegas, NV 89183
bob.stewart@cox.net
702-232-7543

*Self-Represented Plaintiff*

## ORDER

**IT IS HERBY ORDERED** that the above Motion to Extend Time, (ECF No. 40), filed by Plaintiff Robert Stewart, is **GRANTED**. Accordingly, Plaintiff' shall have until February 28, 2020, to respond to Defendant's Motion for Summary Judgment, (ECF No. 37).

**DATED** this  10  day of February, 2020.

*(signature)*

Gloria M. Navarro, District Judge
United States District Court